FILED BY ⟨sig⟩ D.C.

05 MAY -6 AM 10: 53

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GARY W. CLEMONS, on behalf of himself and all other employees of U.S. Concrete Company similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TITAN CONCRETE INDUSTRIES (f/k/a CARRIER CONCRETE & FOUNDATION CO., INC.),<br><br>    Defendant. | No. 03-2662 Ml/V |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR 30-DAY CONTINUANCE**

Before the Court is Defendant's Unopposed Motion for 30-Day Continuance, filed May 5, 2005. Good cause having been shown, the Court GRANTS the motion and RESETS the trial dates as follows:

Trial: The trial in this matter is set to begin: <u>Monday, July 25, 2005, at 9:30 a.m.</u> in courtroom no. 4.

Pretrial Conference: A pretrial conference is set for <u>Monday, July 18, 2005, at 8:45 a.m.</u>

Pretrial Order: The pretrial order is due by no later than 4:30 p.m. on <u>Monday, July 11, 2005</u>.

So ORDERED this 6th day of May, 2005.

⟨signature⟩
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:03-CV-02662 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Dan M. Norwood
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Mark J. Levine
LAW FIRM OF LEVINE VON STERNBERG, P.C.
6363 Woodway
Ste 910
Houston, TX 77057

Kenneth Wooten
2004 Bethel Road
Coldwater, MS 38618

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT