```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

FILED BY _____ D.C.

05 AUG 26 AM 8:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| GARY W. CLEMONS, on behalf of himself and all other similarly situated employees of U.S. Concrete, Inc. and Titan Concrete Industries (formerly known as Carrier Excavation & Foundation Company),<br><br>    Plaintiffs,<br><br>v.<br><br>TITAN CONCRETE INDUSTRIES (formerly known as CARRIER EXCAVATION & FOUNDATION COMPANY),<br><br>    Defendant. | No. 03-2662 Ml/V |

### ORDER SETTING TELEPHONE CONFERENCE

A telephone conference has been set for <u>Friday, September 2, 2005, at 11:30 a.m.</u> to discuss the parties' Joint Motion for Approval of Settlement Agreements and Entry of an Order of Dismissal[1], filed August 12, 2005. The Court shall initiate the call to the parties.

SO ORDERED this 25 day of August, 2005.

                      /s/ Jon P. McCalla
                      JON P. McCALLA
                      UNITED STATES DISTRICT JUDGE

---

[1] The parties should be prepared to discuss the effect of dismissal on any non-settling members of the collective action.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:03-CV-02662 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Kenneth Wooten
2004 Bethel Road
Coldwater, MS 38618

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Dan M. Norwood
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Mark J. Levine
LAW FIRM OF LEVINE VON STERNBERG, P.C.
6363 Woodway
Ste 910
Houston, TX 77057

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable Jon McCalla
US DISTRICT COURT