IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -2 PM 4: 21

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| GARY W. CLEMONS, on behalf of himself and all other similarly situated employees of U.S. Concrete, Inc. and Titan Concrete Industries (formerly known as Carrier Excavation & Foundation Company), <br><br> Plaintiffs, <br><br> v. <br><br> TITAN CONCRETE INDUSTRIES (formerly known as CARRIER CONCRETE & FOUNDATION COMPANY, INC.), <br><br> Defendants. | Civil Action <br> No. 03-2662 MlV |

## ORDER OF DISMISSAL

The parties have filed a Joint Motion for entry, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, of an Order of Dismissal in this collective action under the Fair Labor Standards Act as to all claims in this action. Pursuant to the motion, which incorporates the written settlement agreements between all parties before the Court, Plaintiffs voluntarily dismiss their claims with prejudice, and Defendant shall bear its own costs, as well as all attorney fees and costs of the Plaintiffs to the extent reflected in the settlement agreements between the parties.

Having reviewed the Joint Motion, including the written settlement agreements, the Court hereby orders that this cause is dismissed, with prejudice, with costs to be borne pursuant to the Agreements.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-6-05



IT IS SO ORDERED, this 2 day of Sept., 2005.

*[signature]*

JON PHIPPS McCALLA
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:03-CV-02662 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Kenneth Wooten
2004 Bethel Road
Coldwater, MS 38618

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Dan M. Norwood
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Mark J. Levine
LAW FIRM OF LEVINE VON STERNBERG, P.C.
6363 Woodway
Ste 910
Houston, TX 77057

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable Jon McCalla
US DISTRICT COURT