IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GARY W. CLEMONS, on behalf of himself and all other similarly situated employees of U.S. Concrete, Inc. and Titan Concrete Industries (formerly known as Carrier Excavation & Foundation Company), | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 03-2662 M1/V |
| TITAN CONCRETE INDUSTRIES (formerly known as CARRIER EXCAVATION & FOUNDATION COMPANY), | ) ) ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

The parties having filed a Joint Motion for Approval of Settlement Agreements and Entry of an Order of Dismissal and notified the Court that this matter has been settled,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal with prejudice, entered September 2, 2005, this case is DISMISSED.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 2, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CV-02662 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Mark J. Levine
LAW FIRM OF LEVINE VON STERNBERG, P.C.
6363 Woodway
Ste 910
Houston, TX 77057

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Kenneth Wooten
2004 Bethel Road
Coldwater, MS 38618

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Dan M. Norwood
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable Jon McCalla
US DISTRICT COURT